**EXHIBIT "B"**

# AFFIDAVIT OF SERVICE

## IN THE THIRD JUDICIAL DISTRICT
## COUNTY OF SALT LAKE, STATE OF UTAH

PLAINTIFF(S): Corey Gritton, an individual

DEFENDANT(S): Fanuc America Corporation, a corporation, Sani-Matic, Inc. a corporation, and JOHN/Jane DOES I-10

CASE NUMBER: 210905875

DATE OF SERVICE: February 7, 2022

TIME OF SERVICE: 9:00 a.m.

ADDRESS OF SERVICE: 15 West South Temple # 600
Salt Lake City, Utah 84101

THE UNDERSIGNED PERSON HEREBY CERTIFIES:

1. SNS Serve LLC received a Summons and Complaint on February 3, 2022, from Alta Legal, LLC to be served upon Fanuc America Corporation c/o Corporation Service Company.

2. I was at the time of this service a person over the age of 18 years, have no interest in the above-referenced legal matter, and I am legally authorized to serve Court documents within the above-named circuit/county in accordance with U.R.C.P. Rule 4(c)(1).

3. I swear and affirm that on February 7, 2022 at 9:00 a.m., in accordance with U.R.C.P. Rule 4(d)(1)(E), Wendy Phippen, office manager, was personally served at the above-referenced address with a copy of the aforementioned documents on behalf of Corporation Service Company, registered agent for Fanuc America Corporation.

DATED AND SIGNED this ___ day of February, 2022.

Roy Smith, Process Server for:
SNS Serve LLC, NAPPS # 4858

STATE OF UTAH    )
                 :ss
COUNTY OF UTAH   )

The foregoing instrument and acknowledged before me by Roy Smith, who is personally known to me or who has produced identification.

SUBSCRIBED AND SWORN TO before me this 8 day of February, 2022.

Shelby N Musselman
NOTARY PUBLIC

[SEAL]

SHELBY N MUSSELMAN
Notary Public - State of Utah
Comm. No. 719802
My Commission Expires on
Aug 10, 2025

KY M. PAPKE (USB 14281)
TERRELL LEE (USB 11702)
**ALTA LEGAL, LLC**
470 N. University Ave., Ste 202
Provo, UT 84601
T: 385.224.3765
F: 385.225.9478
Email: trlee@alta-legal.com
Attorney for Plaintiff

## IN THE THIRD JUDICIAL DISTRICT, COUNTY OF SALT LAKE, STATE OF UTAH

| | |
|---|---|
| COREY GRITTON, an individual,<br><br>Plaintiff<br><br>vs.<br><br>FANUC AMERICA CORPORATION, a corporation, SANI-MATIC, INC. a corporation, and JOHN / JANE DOES 1-10,<br><br>Defendants. | **SUMMONS**<br><br>Case No.: 210905875<br><br>Judge: Linda Jones |

THE STATE OF UTAH TO DEFENDANT:

FANUC AMERICA CORPORATION
c/o CORPORATION SERVICE COMPANY
15 West South Temple, Suite 600
Salt Lake City, UT 84101

You are hereby summoned and required to file an Answer in writing to the Complaint in the above-entitled case within twenty-one (21) days after service of the Complaint and this Summons if received by you within the State of Utah and within thirty (30) days if received while you are outside of the State of Utah. You must file your written Answer with the Clerk of the Court at the following address: Matheson Courthouse, 450 S. State Street, PO Box 1860, Salt

Page **1** of **2**

Lake City, UT 84114-1860. You must also mail or deliver a copy of your Answer to Alta Legal, LLC, Plaintiff's attorney, at address 470 N. University Avenue, Suite 202, Provo, UT 84601, within twenty-one (21) days after service of the Complaint and Summons upon you if received in the State of Utah and within thirty (30) days if received outside of the State of Utah.

**IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN SAID COMPLAINT THAT IS ON FILE WITII THE CLERK OF SAID COURT, A COPY OF WHICH IS HERETO ANNEXED AND HEREWITH SERVED UPON YOU.**

DATED AND SIGNED this 21st day of January, 2022.

/s/ Terrell R. Lee
Terrell R. Lee
Attorney for Plaintiff