FILED
2022 APR 13 PM 12:19
CLERK
U.S. DISTRICT COURT

KY M. PAPKE (14281)
TERRELL R. LEE (11702)
**ALTA LEGAL, LLC**
470 N. University Ave., Ste 202
Provo, UT 84601
T: 385.224.3765
F: 385.225.9478
trlee@alta-legal.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| COREY GRITTON, an individual, | Civil No. 2:22-cv-00162 BSJ |
| Plaintiff | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO RULE 12(b)(6) MOTION TO DISMISS ALL CLAIMS AGAINST SANI-MATIC, LLC** |
| vs. | |
| FANUC AMERICA CORPORATION, a corporation, SANI-MATIC, INC. a corporation, and JOHN / JANE DOES 1-10, | |
| Defendants | Judge Bruce S. Jenkins |

Based on the stipulation of the parties and good cause appearing, it is HEREBY

ORDERED that the parties shall have to and included April 19, 2022 in which to file a response

to the Rule 12(b)(6) Motion To Dismiss All Claims Against Sani-Matic, LLC which was filed

by Defendant Sani-Matic, LLC on March 14, 2022 [Docket No. 8].

Dated: 4/13/22

BY THE COURT:

Bruce S. Jenkins
United States District Judge

Approved as to Form By:

/s/ *Jeremy M. Seeley (with permission)*
Jeremy M. Seeley
PLANT, CHRISTENSEN & KANELL
*Attorney for Defendant Sani-Matic, LLC*


/s/ *Rebecca L. Hill (with permission)*
Rebecca L. Hill
CHRISTENSEN & JENSEN
*Attorney for Defendant Fanuc America Corp*